AO 440 (Rev. 03/08) Civil Summons

# E-filing UNITED STATES DISTRICT COURT
for the

Northern District of California

| Ming Loc Vong | ) | CV 08 3515 |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Civil Action No. |
| Kenneth Le, an individual and d/b/a Allstar Cafe; Ruby Wei Le, an individual and d/b/a Allstar Cafe; and DOES 1-20, Defendants. | ) | BZ |

**Summons in a Civil Action**

To: Kenneth Le, an individual and d/b/a Allstar Cafe; Ruby Wei Le, an individual and d/b/a Allstar Cafe; and DOES 1-20
*(Defendant's name)*

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Edward Hung  Tel: (510) 451-2124
Wong & Asoociates  Fax: (510) 451-2448
413 Third Street
Oakland, CA 94607

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: JUL 2 2 2008

Richard W. Wieking
Name of clerk of court

Deputy clerk's signature

MARY ANN BUCKLEY

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____ ,
by:

    (1) personally delivering a copy of each to the individual at this place, _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____ .

Date: _____

    _____
    Server's signature

    _____
    Printed name and title

    _____
    Server's address