Denis S. Kenny, Bar No. 178542
Gabriel S. Levine, Bar No. 227271
SCHERER SMITH & KENNY LLP
140 Geary Street, Seventh Floor
San Francisco, CA  94108
Telephone:  (415) 433-1099
Facsimile: (415) 433-9434

Attorneys for Defendants
KENNETH LE & RUBY WEI LE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MING LOC VONG,<br><br>    Plaintiff,<br><br>    v.<br><br>KENNETH LE, an individual and d/b/a ALLSTAR CAFÉ; RUBY WEI LE, an individual and d/b/a ALLSTAR CAFÉ; and DOES 1 through 20,<br><br>    Defendants. | Case No. CV-08-3515 BZ<br><br>**STIPULATION TO EXTEND DEFENDANTS' TIME TO FILE RESPONSIVE PLEADING(S)** |

1  By and through their counsel of record, plaintiff MING LOC VONG and defendants KENNETH LE, an individual and d/b/a ALLSTAR CAFÉ; RUBY WEI LE, an individual and d/b/a ALLSTAR CAFÉ (collectively "Defendants") hereby stipulate that, pursuant to Local Rule 6-1, the time for Defendants to file (and serve via ECF) pleading(s) in response to Plaintiff's complaint is extended to the ECF midnight filing deadline on September 30, 2008.

IT IS SO STIPULATED.

Dated: September 3, 2008              /Edward Hung/_____
                                      EDWARD HUNG
                                      WONG & ASSOCIATES
                                      Attorneys for Plaintiff
                                      MING LOC VONG


Dated: September 3, 2008              /Gabriel S. Levine/_____
                                      GABRIEL S. LEVINE
                                      SCHERER SMITH & KENNY LLP
                                      Attorneys for Defendants
                                      KENNETH LE & RUBY WEI LE


S:\DOCUMENT\Le, Kenneth\Vong Lawsuit\Pleadings\Stip to Extend Time to File Responsive Pleading.docx