UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MING LOC VONG, | ) | |
| Plaintiff, | ) | No. C 08-3515 BZ |
| v. | ) | **ORDER SETTING FURTHER STATUS CONFERENCE AND STAYING INITIAL DISCLOSURES** |
| KENNETH LE et al., | ) | |
| Defendants. | ) | |

Following an initial case management conference between the parties, **IT IS HEREBY ORDERED** as follows**:**

1. A status conference is scheduled for **January 12, 2009, at 4:00 p.m.,** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102; and

2. Initial disclosures are stayed until **December 22, 2008** to allow the parties to complete their scheduled mediation.

Dated: November 4, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\VONG\ORDER SETTING STATUS CONFERENCE AND STAYING DISCOVERY.wpd

1