Lawrence Wong SBN 80852
Edward Hung SBN 221232
**WONG & ASSOCIATES**
413 Third Street
Oakland, CA 94607
Telephone: 510-451-2124
Facsimile: 510-451-2448

Attorneys for Plaintiff
Ming Loc Vong

# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MING LOC VONG<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>KENNETH LE, an individual and d/b/a ALLSTAR CAFÉ; RUBY WEI LE, an individual and d/b/a ALLSTAR CAFÉ; and DOES 1-20,<br><br>　　　　　Defendants. | Case No.: CV-08-3515 BZ<br><br>**STIPULATION TO DISMISS WITH PREJUDICE AND ORDER** |

Plaintiff Ming Loc Vong (hereinafter referred to as "Plaintiff") and Defendants Kenneth Le, Ruby Wei Le and Allstar Café (hereinafter collectively referred to as "Defendants"), through their respective counsel, hereby stipulate as follows:

1. Plaintiff and Defendants have reached a settlement with respect to claims Plaintiff has against Defendants.

2. As such, the parties hereby stipulate to dismiss Plaintiff's Complaint and the entire action against Defendants with prejudice.

3. The parties agree that the Court shall retain jurisdiction for the purpose of enforcing the settlement agreement.

Dated: December 17, 2008

Respectfully Submitted,

WONG & ASSOCIATES

    EH   /s/

_____

Edward Hung Attorney for Plaintiff
Ming Loc Vong


    /s/

_____

Denis Kenny, Esq. Attorney for Defendants
Kenneth Le, Ruby Wei Le and Allstar Café

ORDER

Pursuant to the stipulation of the parties, IT IS SO ORDERED.
The Court will retain jurisdiction for 1 year.

Dated: December 22, 2008

_____
BERNARD ZIMMERMAN
United States Magistrate Judge